UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MICHAEL SHAWN LIGHT,**

   Plaintiff,

v.                                                            No. 4:23-cv-01177-P

**PEPPERIDGE FARM, INC., ET AL.,**

   Defendants.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day (ECF No. 27), this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **2nd day of December 2024.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE